Ryan E. Simpson (11300)
Attorney for Debtors
8833 South Redwood Road, Suite C
West Jordan, Utah 84088
Telephone: (801) 676-5506
Fax: 888-247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE:<br><br>NICOLE HUNT<br><br>Debtor. | Case No.: 21-21452<br>Chapter 13<br><br>Judge: William T. Thurman |
|---|---|

**DEBTOR'S DECLARATION OF CLAIMS REVIEW**

1. The Debtor's Chapter 13 Plan filed was confirmed on July 7, 2021 pursuant to 11 U.S.C. 1325 (hereinafter the "Plan").

2. The expiration of the claims date set pursuant to Fed. R. Bankr.P.3002(c)(1) was June 17, 2021.

3. The expiration of the governmental unit claims bar date set pursuant to Fed. R. Bankr.P. 3002(c)(1) was October 5, 2021.

4. As of date of this declaration, the Debtor has reviewed the following claims filed with the bankruptcy court, and there are no objections.

| Claim No. | Creditor | First Filed Claim Date |
|---|---|---|
| 1 | HLS of Nevada, LLC | 4/16/21 |
| 2 | Express Recvy | 4/20/21 |
| 3 | Bureau of Medical Economics | 4/26/21 |
| 4 | State of Utah Office State Debt Collections | 4/27/21 |
| 5 | Outsource | 4/29/21 |

| | | |
|---|---|---|
| 6 | LVNV Funding, LLC | 5/19/21 |
| 7 | Premier Bankcard, LLC | 5/26/21 |
| 8 | Portfolio Recovery Associates, LLC | 6/7/21 |
| 9 | Portfolio Recovery Associates, LLC | 6/7/21 |
| 10 | The Law Offices of Kirk A Cullimore | 6/11/21 |

5. As of date of this declaration, the Debtor has reviewed the following claims filed with the bankruptcy court and object to the claims.

| **Claim No.** | **Creditor** | **Claim Date** |
|---|---|---|

6. I understand that any secured claims filed by creditors, or on the creditor's behalf, will not be paid by the Trustee unless the Plan or Confirmation Order provides for such payment, or unless a Motion to Modify the Confirmed Plan to provide for such payment is granted.

7. I understand that notwithstanding any provision in the Plan, creditors will not receive Payment by the Trustee unless a timely proof of claim is filed or deemed allowed or unless the claim of such creditor is otherwise allowed by court order.

Date: July 9, 2021

/s/ Ryan E. Simpson
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Debtor's Declaration of Claims Review was served upon the following persons on July 9, 2021.

Lon A. Jenkins
Chapter 13 Trustee
(ECF Notification)

/s/ Ryan E. Simpson